| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| E. MARTIN ESTRADA<br>United States Attorney<br>DAVID M. HARRIS<br>Assistant United States Attorney<br>Chief, Civil Division<br>JOANNE S. OSINOFF<br>Assistant United States Attorney<br>Chief, General Civil Section<br>ELAN S. LEVEY (State Bar No. 174843)<br>Assistant United States Attorney<br>    Federal Building, Suite 7516<br>    300 North Los Angeles Street<br>    Los Angeles, California 90012<br>    Telephone: (213) 894-3997<br>    Facsimile: (213) 894-7819<br>    E-mail: elan.levey@usdoj.gov<br><br>☐ *Debtor(s) appearing without an attorney*<br>☒ *Attorney for:* U.S. Small Business Administration | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION**

| In re:<br><br>ELEVEN23 MARKETING, LLC,<br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 1:23-bk-10027-VK<br>CHAPTER: 7<br><br>**NOTICE OF OPPORTUNITY TO REQUEST A HEARING ON MOTION**<br><br>**[LBR 9013-1(o)]**<br><br>[No hearing unless requested in writing] |
|---|---|

**TO THE U.S. TRUSTEE AND ALL PARTIES ENTITLED TO NOTICE, PLEASE TAKE NOTICE THAT:**

1. Movant(s) __U.S. Small Business Administration_____,
   filed a motion or application (Motion) entitled __Stipulation Re Disposition of U.S. Small Business Administration_____
   __Collateral_____.

2. Movant(s) is requesting that the court grant the Motion without a hearing as provided for in LBR 9013-1(o), unless a party in interest timely files and serves a written opposition to the Motion and requests a hearing.

3. The Motion is based upon the legal and factual grounds set forth in the Motion. (*Check appropriate box below*):

   ☒ The full Motion is attached to this notice; or

   ☐ The full Motion was filed with the court as docket entry # _____, and a detailed description of the relief sought is attached to this notice.

4. **DEADLINE FOR FILING AND SERVING OPPOSITION PAPERS AND REQUEST FOR A HEARING:** Pursuant to LBR 9013-1(o), any party who opposes the Motion may request a hearing on the Motion. The deadline to file and serve a written opposition and request for a hearing is 14 days after the date of service of this notice, plus 3 additional days if you were served by mail or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F).

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                                    Page 1                    **F 9013-1.2.OPPORTUNITY.HEARING.NOTICE**

   a. If you timely file and serve a written opposition and request for a hearing, movant will file and serve a notice of hearing at least 14 days in advance of the hearing. [LBR 9013-1(o)(4)]

   b. If you fail to comply with this deadline:

      (1) Movant will file a declaration to indicate: (1) the Motion was properly served, (2) the response period elapsed, and (3) no party filed and served a written opposition and request for a hearing within 14 days after the date of service of the notice [LBR 9013-1(o)(3)];

      (2) Movant will lodge an order that the court may use to grant the Motion; and

      (3) The court may treat your failure as a waiver of your right to oppose the Motion and may grant the Motion without further hearing and notice. [LBR 9013-1(h)]

Respectfully submitted,

Date: 3/16/2023

*/s/ Elan S. Levey*
Signature of Movant or attorney for Movant

*Elan S. Levey*
Printed name of Movant or attorney for Movant

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*　　　　　　　　　　　Page 2　　　　**F 9013-1.2.OPPORTUNITY.HEARING.NOTICE**

E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section
ELAN S. LEVEY (State Bar No. 174843)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-3997
    Facsimile: (213) 894-7819
    E-mail: elan.levey@usdoj.gov

Attorneys for U.S. Small Business Administration

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re<br><br>ELEVEN23 MARKETING, LLC,<br><br>        Debtor. | Case No. 1:23-bk-10027-VK<br><br>Chapter 7<br><br>**STIPULATION RE DISPOSITION OF U.S. SMALL BUSINESS ADMINISTRATION COLLATERAL**<br><br>**[No Hearing Requested]** |

IT IS HEREBY STIPULATED AND AGREED between the UNITED STATES OF AMERICA, on behalf of its agency, the U.S. SMALL BUSINESS ADMINISTRATION ("SBA"), through its counsel of record, and NANCY J. ZAMORA, the duly appointed, qualified and acting Chapter 7 trustee ("Trustee," collectively with the SBA, the "Parties") of the bankruptcy estate ("Estate") of Eleven23 Marketing, LLC, the Chapter 7 debtor ("Debtor") in the above-captioned case ("Case"), as follows:

**RECITALS**

A.    The Debtor filed a voluntary Chapter 7 bankruptcy petition on January 11, 2023 commencing the Case.

///

1

1  B. Pre-petition, on or about May 5, 2020, SBA issued to the Debtor a secured Economic Injury Disaster Loan in the amount of $150,000.00 ("SBA Loan"). The SBA Loan is evidenced by a promissory note which, among other things, empowers SBA to take possession of any collateral that secures the SBA Loan, or to sell, lease, or otherwise dispose of any collateral that secures the Loan at public or private sale, with or without advertisement. *See* Proof of Claim 1 filed by the SBA on February 17, 2023 in the amount of $527,107.87 ("SBA Proof of Claim").

C. The SBA Loan is also evidenced by a Security Agreement executed on May 5, 2020 and a UCC-1 Financing Statement validly filed on May 18, 2020 with the California Secretary of State as Filing Number 207779082325 ("SBA Lien"). The SBA Loan is secured by all of the Debtor's tangible and intangible personal property, including, but not limited to: (a) inventory, (b) equipment, (c) instruments, including promissory notes (d) chattel paper, including tangible chattel paper and electronic chattel paper, (e) documents, (f) letter of credit rights, (g) accounts, including health-care insurance receivables and credit card receivables, (h) deposit accounts, (i) commercial tort claims, (j) general intangibles, including payment intangibles and software, and (k) as-extracted collateral as such terms may from time to time be defined in the Uniform Commercial Code (collectively, the "Personal Property Collateral"). The security interest includes all accessions, attachments, accessories, parts, supplies and replacements for the Personal Property Collateral, all products, proceeds and collections thereof and all records and data relating thereto. *See* SBA Proof of Claim.

D. On or about January 26, 2022, the SBA Loan was modified and increased to the cumulative amount of $500,000.00. The Debtor is in default under the terms of the note evidencing the Loan. *See* SBA Proof of Claim.

E. In the course of the Case, the Debtor disclosed, scheduled and possessed various items of personal property, including equipment and office furniture ("Personal Property Collateral").

F. The Trustee obtained an independent valuation of the Personal Property Collateral from R.L. Spear Co., Inc, auctioneer specializing in hard asset disposition ("Auctioneer"), which provided a total forced liquidation value of approximately $3,250.00 and an as-is, where-is value of $1,300.00.

G. Based upon the Auctioneer's valuation of the Personal Property Collateral, which is far less than the unpaid balance of the SBA Loan secured by the SBA Lien, the Trustee and the SBA have

2

agreed to allow the Trustee to dispose of the Estate's interest, if any, in the Personal Property Collateral to the SBA, pursuant to 11 U.S.C. § 725 ("[a]fter the commencement of a case under this chapter, but before final distribution of property of the estate under section 726 of this title, the trustee, after notice and a hearing, shall dispose of any property in which an entity other than the estate has an interest, such as a lien, and that has not been disposed of under another section of this title").

H.    Therefore, the Parties stipulate that the Personal Property Collateral, which the Trustee has not yet made any disposition of, shall no longer constitute assets of the Estate.

**STIPULATION**

1.    Recitals.  The Recitals set forth above are incorporated herein by this reference and shall be deemed a material part of the Stipulation.

2.    Disposition of Collateral.  Subject to the terms and conditions of this Stipulation, the Trustee is authorized to dispose of the Personal Property Collateral for the benefit of the SBA. Accordingly, SBA shall assume legal title of the Personal Property Collateral and the Personal Property Collateral shall no longer constitute assets of the Estate.  The SBA shall dispose of the Personal Property Collateral, wherever located, within 30 days of the entry of an order approving this Stipulation.

3.    Modified SBA Proof of Claim.  The SBA Proof of Claim shall be deemed amended and allowed in the amount of $525,807.87 (calculated as $527,107.87 - $1,300.00) as a general unsecured claim, without the need to file an amended SBA Proof of Claim.

4.    Modification.  This Stipulation may be modified only in a writing signed by the party to be charged with such modification or pursuant to order of the Bankruptcy Court.

5.    Assignability, Binding Effect and Survival.  This Stipulation shall inure to the benefit of and shall be binding upon the Parties, their successors and assigns.  Trustee may not assign this Stipulation without SBA's consent.  To the extent that the SBA has the right to assign its rights to a third party under the SBA Loan and related loan documents, SBA may assign this Stipulation to any assignee to which it assigns its rights under the SBA Loan and related Security Agreement and UCC-1 Financing Statement.

6. <u>Entire Agreement</u>. This Stipulation contains all of the agreements between the Parties, and is intended to be and is the final and sole agreement between the Parties. The Parties agree that any other prior or contemporaneous representations or understandings not explicitly contained in this written agreement, whether written or oral, are of no further legal or equitable force or effect. Any subsequent modifications to this Stipulation must be in writing, and must be signed and executed by the Parties.

7. <u>Authority</u>. The Parties to this Stipulation represent and warrant that each has reviewed and understands its terms and contents. The Parties to this Stipulation further represent and warrant that each has the power to execute, deliver, and perform this Stipulation; that each has taken all necessary action to authorize the execution, delivery, and performance of this Stipulation; and that this Stipulation is enforceable in accordance with its terms.

8. <u>Representation by Counsel</u>. The Parties do hereby acknowledge and agree that each has been represented by, or had the opportunity to seek representation by, independent counsel of her or its own choice throughout all negotiations that preceded the execution of this Stipulation. The Trustee represents and acknowledges that she enters into this Stipulation freely and voluntarily. The Trustee further acknowledges that she has had sufficient opportunity to consult with an attorney regarding the terms and conditions of this Stipulation.

9. <u>Execution</u>. It is contemplated that this Stipulation may be executed in several counterparts with a separate signature page for each Party. All such counterparts and signature pages, collectively, will be deemed to be one document.

10. <u>Amendment</u>. This Stipulation may be amended only by writing signed by or on behalf of the SBA and the Trustee.

11. <u>Retention of Jurisdiction</u>. This Court shall retain jurisdiction to enforce the terms of this Stipulation.

///

///

///

///

12. <u>Fees</u>. The Parties will bear their own attorney's fees, costs and expenses in connection with this Stipulation.

IT IS SO STIPULATED.

Date: March 14, 2023

By: /s/ Nancy J. Zamora
NANCY J. ZAMORA,
CHAPTER 7 TRUSTEE

E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section

Date: March 14, 2023

By: /s/ Elan S. Levey
ELAN S. LEVEY
Assistant United States Attorney

Attorneys for U.S. Small Business Administration

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
United States Attorney's Office, 300 N. Los Angeles Street, Room 7516, Los Angeles, California 90012
A true and correct copy of the foregoing document entitled **NOTICE OF OPPURTUNITY TO REQUEST A HEARING ON MOTION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **April 4, 2023** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **David B Golubchik**         dbg@lnbyg.com, stephanie@lnbyb.com
- **Arvind Nath Rawal**         arawal@aisinfo.com
- **United States Trustee (SV)**    ustpregion16.wh.ecf@usdoj.gov
- **Nancy J Zamora (TR)**       zamora3@aol.com, nzamora@ecf.axosfs.com
- **Elan S Levey**              elan.levey@usdoj.gov, julie.morales@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **April 4, 2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

SLBiggs
10960 Wilshire Boulevard
7th Floor
Los Angeles, CA 90024

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **April 4, 2023**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 4, 2023 | JULIE MORALES | _/s/ Julie Morales_ |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                          F 9013-3.1.PROOF.SERVICE