| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| E. Martin Estrada, U.S. Attorney<br>David M. Harris, Chief, Civil Division<br>Joanne S. Osinoff, Chief, General Civil Section<br>Elan S. Levey, Assistant U.S. Attorney, (SBN: 174843)<br>300 North Los Angeles Street, Room 7516<br>Los Angeles, California 90012<br>Tel: 213-894-3997<br>Fax: 213-894-7819<br>E-Mail: elan.levey@usdoj.gov<br><br>☐ Individual *appearing without an attorney*<br>☒ *Attorney for:* U.S. Small Business Administration | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION**

| In re:<br>ELEVEN23 MARKETING, LLC,<br><br><br>Debtor(s) | CASE NO.: 1:23-bk-10027-VK<br>CHAPTER: 7<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]):<br>STIPULATION RE: DISPOSITION OF U.S. SMALL BUSINESS ADMINISTRATION COLLATERAL |
|---|---|

PLEASE TAKE NOTE that the order titled ORDER APPROVING STIPULATION RE: DISPOSITION OF U.S. SMALL BUSINESS ADMINISTRATION COLLATERAL

was lodged on (*date*) __04/04/2023__ and is attached. This order relates to the motion which is docket number 22.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 1    **F 9021-1.2.BK.NOTICE.LODGMENT**

E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section
ELAN S. LEVEY (State Bar No. 174843)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-3997
    Facsimile: (213) 894-7819
    E-mail: elan.levey@usdoj.gov

Attorneys for U.S. Small Business Administration

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re<br><br>ELEVEN23 MARKETING, LLC,<br><br>        Debtor. | Case No. 1:23-bk-10027-VK<br><br>Chapter 7<br><br>**ORDER APPROVING STIPULATION RE DISPOSITION OF U.S. SMALL BUSINESS ADMINISTRATION COLLATERAL**<br><br>**[No Hearing Requested]** |

The UNITED STATES OF AMERICA, on behalf of its agency, the U.S. SMALL BUSINESS ADMINISTRATION ("SBA"), through its counsel of record, and NANCY J. ZAMORA, the duly appointed, qualified and acting Chapter 7 trustee ("Trustee," collectively with the SBA, the "Parties") of the bankruptcy estate ("Estate") of Eleven23 Marketing, LLC, the Chapter 7 debtor ("Debtor") in the above-captioned case ("Case"), entered into a *Stipulation Re Disposition of U.S. Small Business Administration Collateral* ("Stipulation") (Docket No. 22).[1] Based upon no objections or requests for hearing with respect to the Stipulation having been filed, pursuant to Local Bankruptcy Rule 9013-1(o), and on the grounds that good cause exists,

---

[1] All defined terms herein shall have the same meaning as defined in the Stipulation.

1

1     **IT IS HEREBY ORDERED** that:

2     1.    The Stipulation is approved in its entirety.

3     2.    Subject to the terms and conditions of the Stipulation, the Trustee is authorized to dispose of the Personal Property Collateral for the benefit of the SBA. Accordingly, SBA shall assume legal title of the Personal Property Collateral and the Personal Property Collateral shall no longer constitute assets of the Estate. The SBA shall dispose of the Personal Property Collateral, wherever located, within 30 days of the entry of an order approving this Stipulation.

3.    The SBA Proof of Claim shall be deemed amended and allowed in the amount of $525,807.87 (calculated as $527,107.87 - $1,300.00) as a general unsecured claim, without the need to file an amended SBA Proof of Claim.

###

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
United States Attorney's Office, 300 N. Los Angeles Street, Room 7516, Los Angeles, California 90012

A true and correct copy of the foregoing document entitled **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE: STIPULATION RE DISPOSITION OF U.S. SMALL BUSINESS ADMINISTRATION COLLATERAL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **April 4, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **David B Golubchik**      dbg@lnbyg.com, stephanie@lnbyb.com
- **Elan S Levey**           elan.levey@usdoj.gov, julie.morales@usdoj.gov
- **Arvind Nath Rawal**      arawal@aisinfo.com
- **United States Trustee (SV)**   ustpregion16.wh.ecf@usdoj.gov
- **Nancy J Zamora (TR)**    zamora3@aol.com, nzamora@ecf.axosfs.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **April 4, 2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

SLBiggs
10960 Wilshire Boulevard
7th Floor
Los Angeles, CA 90024

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **April 4, 2023**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 4, 2023 | JULIE MORALES | _/s/ Julie Morales_ |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                **F 9013-3.1.PROOF.SERVICE**